

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

| | |
|---|---|
| Donald Sharp, Appellant | Appeal from the 188th District Court of Gregg County, Texas (Tr. Ct. No. 41164-A).  Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Carter participating. |
| No. 06-12-00134-CR        v. | |
| The State of Texas, Appellee | |

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We note that the appellant, Donald Sharp, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED FEBRUARY 11, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk